John H. Brand, Appellant, v. Dr. William Wilson, Appellee.

Gen. No. 45,184.

William C. Scherwat, for appellant; Pritzker, Pritzker & Clinton, for appellee; Harry N. Pritzker, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed January 29, 1951; released for publication March 2, 1951.

Ludwig Ruppaner, Appellee, v. William F. Waue, Appellant.

Gen. No. 45,197.

John J. Maciejewski, for appellant; Charles D. Snewind, of counsel; Miller & Moss, for appellee; Saul J. Moss and Richard C. Bleloch, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed January 29, 1951; released for publication March 2, 1951.

451